Lloyd W. Davidson, State's Atty., of Austin, for the State.

**CHRISTIAN, Judge.**

The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one year.

Omitting the formal parts, we quote the indictment as follows: "On or about the 5th day of November, A. D. 1933, and anterior to the presentment of this indictment, one Bob Fox in the County of Johnson and State of Texas, did then and there unlawfully sell to J. B. Malone liquor capable of producing intoxication."

The indictment is fundamentally defective for the reasons stated in Offield v. State (Tex. Cr. App.) 75 S.W.(2d) 882.

The judgment is reversed and the prosecution ordered dismissed.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**KRUEGER, Judge.**

The appellant was tried and convicted of the offense of possessing intoxicating liquor for the purpose of sale, and his punishment assessed at confinement in the state penitentiary for a term of two years.

An inspection of the indictment discloses that the same is defective in that it merely charges the appellant with the "unlawful possession, for the purpose of sale, of liquor capable of producing intoxication." In the case of Offield v. State, 75 S.W.(2d) 882, this court, in passing upon a similar indictment, held the same insufficient. We do not deem it necessary to again discuss the error therein pointed out, but refer to the same for a full discussion thereof.

It is therefore ordered that the judgment of the trial court be, and the same is hereby, reversed and the prosecution is ordered dismissed and the appellant discharged.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## FOX v. STATE.
### No. 17182.

Court of Criminal Appeals of Texas.

Jan. 2, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

## WILLIAMS v. STATE.
### No. 17199.

Court of Criminal Appeals of Texas.

Jan. 2, 1935.